

# IN THE
## TENTH COURT OF APPEALS

### No. 10-09-00036-CV

**THE ESTATE OF LEWIS TAPLIN, JR., DECEASED
AND MARGARET TAPLIN,**

                                                      **Appellants**

 **v.**

**PEACH CREEK PARTNERS, LTD,**

                                                      **Appellee**

---

### From the County Court at Law No. 1
### Brazos County, Texas
### Trial Court No. 06-000873-CV-CCL1

---

## MEMORANDUM  OPINION

---

The Clerk of this Court notified the appellants that the filing fee was past due in this cause and that the appeal may be dismissed if they failed to pay the fee. *See* TEX. R. APP. P. 5, 42.3(c). The Clerk also advised appellants that payment of the filing fee is required "[u]nless Appellant obtains indigent status for purposes of appeal." The Court has received no response. Accordingly, the appeal is dismissed. *Id.*

                                                FELIPE REYNA
                                                Justice

Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Appeal dismissed
Opinion delivered and filed June 24, 2009
[CV06]